UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHV.ILLE DIVISION

==Motion GRANTED for extension to 11/15/12.== *[signature]*

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:12-00106 |
| | ) | JUDGE TRAUGER |
| PRINCHE BYNUM | ) | |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO SUPPRESS

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests an extension of time to respond to the defendant's Motion to Suppress pending before the Court. (D.E. 20).

In support of this motion, the undersigned submits that she will be on sick leave November 8, 2012 through November 13, 2012. Therefore, the undersigned requests an extension to file the response to the Motion to Suppress to November 15, 2012.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

*s/ Scarlett M. Singleton*
SCARLETT M. SINGLETON
Assistant U. S. Attorney
110 9th Avenue South, Suite A-96l
Nashville, Tennessee 37203
(615)736-5151