## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00106 |
| | ) | Judge Trauger |
| PRINCHE BYNUM | ) | |
| | ) | |

### O R D E R

The government has filed a Motion For Extension of Time to Respond to Defendant's Motion to Suppress (Docket No. 22), which has been granted. The requested extension for the filing of the response to November 15, 2012 necessitates the rescheduling of the hearing on the defendant's Motion to Suppress. It is therefore **ORDERED** that the hearing on the defendant's Motion to Suppress is **RESET** for Monday, November 26, 2012, at 9:30 a.m. This rescheduling also requires a postponement of the trial date. Therefore, it is further **ORDERED** that the trial scheduled for November 20, 2012 is **CONTINUED**, to be reset, if appropriate, following a decision on the Motion to Suppress.

It is so **ORDERED**.

ENTER this 6th day of November 2012.

_____
ALETA A. TRAUGER
U.S. District Judge